UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

## 05 11237 NG

Paul Spagnola,
      Plaintiff

v.                                        Civil Action
                                 No.:

Bay State, LLC d/b/a
Bay State Cruises, Inc.,    **MAGISTRATE JUDGE** MbB
      Defendant

RECEIPT #_____
AMOUNT $N/A
SUMMONS ISSUED _YES_
LOCAL RULE 4.1___
WAIVER FORM ___
MCF ISSUED___
BY DPTY. CLK.___
DATE 6/13/05

### Plaintiff's Complaint and Jury Trial Demand

Now comes the plaintiff, Paul Spagnola in the above entitled action and says:

### The Parties

First: The Plaintiff is a resident of the City of Dover, State of New Hampshire, a seaman, and at all times hereinafter referred to, a member of the crew of the M/V PROVINCETOWN II.

Second: The defendant, Bay State, LLC d/b/a Bay State Cruises, Inc. is a business entity with a principle place of business in the City of Boston, County of Suffolk, Commonwealth of Massachusetts.

### Count I

Third: The defendant, Bay State, LLC d/b/a Bay State Cruises, Inc., at all times referred to owned, operated, controlled and managed the M/V PROVINCETOWN II.

Fourth: On or about May 4, 2003, the plaintiff was in the employ of the defendant, Bay State, LLC d/b/a Bay State Cruises, Inc. as a seaman aboard the M/V PROVINCETOWN II.

Fifth: On or about May 4, 2003 while the said M/V PROVINCETOWN II was in navigable waters and while the plaintiff was in the exercise of due care in the performance of his duties, he sustained severe and painful personal injuries.

Sixth: The injuries sustained by the plaintiff were not caused by any fault on his part, but were caused by the fault

of the defendant Bay State, LLC, d/b/a Bay State Cruises, Inc.,
its agents or servants, as follows:

(a)   Failure to use due care to provide and maintain a
      seaworthy vessel with safe and proper appliances.

(b)   Failure to use due care to make reasonable and
      periodic inspection of said vessel, its equipment and
      appliances.

(c)   Failure to use due care to furnish the plaintiff with
      a reasonable safe place in which to perform the work.

(d)   Failure and negligence of fellow employees.

(e)   Failure and negligence in other respects that will be
      shown at trial.

Seventh:  As a result of the said injuries, the plaintiff
has suffered great pain of body and anguish of mind, lost a
great deal of time from his usual work, incurred medical and
hospital expenses, and has suffered and will suffer other
damages as will be shown at trial.

Eighth:  This cause of action is brought under the
Merchant Marine Act of 1920, commonly called the Jones Act.

WHEREFORE, the plaintiff demands judgment against the
defendant, Bay State, LLC d/b/a Bay State Cruises, Inc. in the
sum of SEVEN HUNDRED FIFTY THOUSAND ($750,000.00) DOLLARS
together with costs and interest.


## Count II


First:  The plaintiff reiterates all the allegations set
forth in Paragraphs "First," "Second," "Third," "Fourth,"
"Fifth," "Sixth," "Seventh," and "Eighth," above.

Second:  The injuries sustained by the plaintiff were due
to no fault of his, but were caused by the unseaworthiness of
the defendant, Bay State, LLC d/b/a Bay State Cruises, Inc.'s
vessel.

Third:  As a result of the said injuries, the plaintiff
has suffered great pain of body and mind, lost a great deal of
time from his usual work, incurred medical and hospital

expenses, and has suffered and will suffer other damages as
will be shown at trial.

Fourth: This cause of action is brought under the same
General Maritime Law for Unseaworthiness and is for the same
cause of action as Count I.

WHEREFORE, the plaintiff demands judgment against the
defendant in the sum of SEVEN HUNDRED FIFTY THOUSAND
($750,000.00) DOLLARS together with costs and interest.

## Count III

First: The plaintiff reiterates all the allegations set
forth in Paragraphs "First," "Second," "Third," and "Fourth,"
of Count II.

Second: As a result of his injuries, the plaintiff
incurred expenses for his maintenance and cure and will
continue to do so all to his damage as will be shown at trial.

WHEREFORE, the plaintiff demands judgment against the
defendant, Bay State, LLC d/b/a Bay State Cruises, Inc. in the
sum of ONE HUNDRED FIFTY THOUSAND ($150,000.00) DOLLARS
together with costs and interest; and, in addition, an award of
punitive damages and attorney's fees for the defendant Bay
State, LLC d/b/a Bay State Cruises, Inc. willful and persistent
failure to make prompt payment of maintenance and cure during
the period of the plaintiff's disability.

**THE PLAINTIFF DEMANDS A JURY TRIAL ON ALL ISSUES**

Plaintiff,
By his attorney,

JOSEPH M. ORLANDO, ESQ.
BBO # 380215
Orlando & Associates
One Western Avenue
Gloucester, MA 01930
(978) 283-8100

Date: 6/9/05
Cases/Spagnola/Paul/Complaint

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

1.  TITLE OF CASE (NAME OF FIRST PARTY ON EACH SIDE ONLY)_____

_____ Paul Spagnola v. Bay State, LLC d/b/a Bay State Cruises, Inc.

2.  CATEGORY IN WHICH THE CASE BELONGS BASED UPON THE NUMBERED NATURE OF SUIT CODE LISTED ON THE
    CIVIL COVER SHEET.  (SEE LOCAL RULE 40.1(A)(1)).

    ___   I.    160, 410, 470, R.23, REGARDLESS OF NATURE OF SUIT.

    ___   II.   195, 368, 400, 440, 441-444, 540, 550, 555, 625, 710, 720, 730,      *Also complete AO 120 or AO 121
                740, 790, 791, 820*, 830*, 840*, 850, 890, 892-894, 895, 950.       for patent, trademark or copyright cases

    ✓     III.  110, 120, 130, 140, 151, 190, 210, 230, 240, 245, 290, 310,
                315, 320, 330, 340, 345, 350, 355, 360, 362, 365, 370, 371,
                380, 385, 450, 891.

    ___   IV.   220, 422, 423, 430, 460, 510, 530, 610, 620, 630, 640, 650, 660,
                690, 810, 861-865, 870, 871, 875, 900.

    ___   V.    150, 152, 153.

3.  TITLE AND NUMBER, IF ANY, OF RELATED CASES.  (SEE LOCAL RULE 40.1(E)).

    _____

4.  HAS A PRIOR ACTION BETWEEN THE SAME PARTIES AND BASED ON THE SAME CLAIM EVER BEEN FILED IN THIS
    COURT?                                                        YES ☐        NO ☑

5.  DOES THE COMPLAINT IN THIS CASE QUESTION THE CONSTITUTIONALITY OF AN ACT OF CONGRESS AFFECTING THE
    PUBLIC INTEREST?   (SEE 28 USC 2403)                          YES ☐        NO ☑
    IF SO, IS THE U.S.A. OR AN OFFICER, AGENT OR EMPLOYEE OF THE U.S. A PARTY?
                                                                  YES ☐        NO ☑

6.  IS THIS CASE REQUIRED TO BE HEARD AND DETERMINED BY A DISTRICT COURT OF THREE JUDGES PURSUANT TO
    TITLE 28 USC 2284?                                            YES ☐        NO ☑

7.  DO ALL PARTIES IN THIS ACTION RESIDE IN THE CENTRAL SECTION OF THE DISTRICT OF MASSACHUSETTS
    (WORCESTER COUNTY) - (SEE LOCAL RULE 40.1(C)).                YES ☐        NO ☑
    OR IN THE WESTERN SECTION (BERKSHIRE, FRANKLIN, HAMPDEN OR HAMPSHIRE COUNTIES)? -
    (SEE LOCAL RULE 40.1(D)).                                     YES ☐        NO ☑

8.  DO ALL OF THE PARTIES RESIDING IN MASSACHUSETTS RESIDE IN THE CENTRAL AND/OR WESTERN SECTIONS OF
    THE DISTRICT?                                                 YES ☐        NO ☑
    (a)    IF YES, IN WHICH SECTION DOES THE PLAINTIFF RESIDE?_____

9.  IN WHICH SECTION DO THE ONLY PARTIES RESIDING IN MASSACHUSETTS RESIDE?_____

10. IF ANY OF THE PARTIES ARE THE UNITED STATES, COMMONWEALTH OF MASSACHUSETTS, OR ANY GOVERNMENTAL
    AGENCY OF THE U.S.A. OR THE COMMONWEALTH, DO ALL OTHER PARTIES RESIDE IN THE
    CENTRAL SECTION:  YES ☐ NO ☐          OR WESTERN SECTION;  YES ☐     NO ☐

(PLEASE TYPE OR PRINT)
ATTORNEY'S NAME  Joseph M. Orlando, Esq.
ADDRESS  Orlando & Associates, One Western Avenue, Gloucester, MA 01930
TELEPHONE NO.  (978) 283-8100

(Categfrm.rev - 3/97)

JS 44
(Rev. 12/96)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**I. (a) PLAINTIFFS**

Paul Spagnola

**DEFENDANTS**

Bay State, LLC d/b/a
Bay State Cruises, Inc.

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF  Dover, NH
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT  Suffolk
(IN U.S. PLAINTIFF CASES ONLY)
NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

Joseph M. Orlando
Orlando & Associates
One Western Avenue
Gloucester, MA 01930

ATTORNEYS (IF KNOWN)

**II. BASIS OF JURISDICTION**  (PLACE AN "X" IN ONE BOX ONLY)

- ☐ 1 U.S. Government Plaintiff
- ☐ 2 U.S. Government Defendant
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (PLACE AN "X" IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☒ 4 |
| Citizen of Another State | ☒ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN**  (PLACE AN "X" IN ONE BOX ONLY)

- ☒ Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

**V. NATURE OF SUIT**  (PLACE AN "X" IN ONE BOX ONLY)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury — Med. Malpractice | ☐ 620 Other Food & Drug | | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury — Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 423 Withdrawal 28 USC 157 | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | | ☐ 630 Liquor Laws | | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 640 R.R. & Truck | **PROPERTY RIGHTS** | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☒ 340 Marine | **PERSONAL PROPERTY** | ☐ 650 Airline Regs. | ☐ 820 Copyrights | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 830 Patent | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 690 Other | ☐ 840 Trademark | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | **LABOR** | **SOCIAL SECURITY** | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 892 Economic Stabilization Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | | ☐ 863 DIWC/DIWW (405(g)) | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 864 SSID Title XVI | ☐ 894 Energy Allocation Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | **HABEAS CORPUS:** | ☐ 740 Railway Labor Act | ☐ 865 RSI (405(g)) | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 530 General | | **FEDERAL TAX SUITS** | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | ☐ 790 Other Labor Litigation | | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights | ☐ 540 Mandamus & Other | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 890 Other Statutory Actions |
| ☐ 290 All Other Real Property | | ☐ 550 Civil Rights | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 871 IRS — Third Party 26 USC 7609 | |
| | | ☐ 555 Prison Condition | | | |

**VI. CAUSE OF ACTION**  (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY.)

General Maritime Law / Merchant Marine Act of 1920

**VII. REQUESTED IN COMPLAINT:**  CHECK IF THIS IS A **CLASS ACTION** ☐ UNDER F.R.C.P. 23

DEMAND $  1,650,000.00

CHECK YES only if demanded in complaint:
JURY DEMAND:  ☒ YES   ☐ NO

**VIII. RELATED CASE(S) IF ANY** (See instructions):

JUDGE _____    DOCKET NUMBER _____

DATE  6/9/05

SIGNATURE OF ATTORNEY OF RECORD

FOR OFFICE USE ONLY

RECEIPT # _____  AMOUNT _____  APPLYING IFP _____  JUDGE _____  MAG. JUDGE _____