# UNITED STATES DISTRICT COURT

District of MASSACHUSETTS

Paul Spagnola,
       Plaintiff

v.

Bay State, LLC
d/b/a Bay State Cruises, Inc.,
       Defendant

SUMMONS IN A CIVIL CASE

CASE NUMBER:

## 05 11237 NG

TO: (Name and address of Defendant)

Bay State, LLC
200 Seaport Boulevard
Suite 75
Boston, MA 02210

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Joseph M. Orlando
Orlando & Associates
One Western Avenue
Gloucester, MA 01930

an answer to the complaint which is herewith served upon you, within ___twenty___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON

CLERK

(By) DEPUTY CLERK

DATE  JUN 1 3 2005

RECEIVED
OCT 1 1 2005
ORLANDO & ASSOCIATES

**Suffolk County Sheriff's Department** • 45 Bromfield Street • Boston, MA 02108 • (617) 989-6999

*Suffolk, ss.*

October 7, 2005

I hereby certify and return that on 10/6/2005 at 8:10AM I served a true and attested copy of the Summons and Complaint in this action in the following manner: To wit, by delivering in hand to Michael Glasfield, agent at the time of service for Bay State, LLC, at , 200 Seaport Boulevard, Suite 75 Boston, MA 02210. U.S. District Court Fee ($5.00), Basic Service Fee (IH) ($30.00), Travel ($1.00), Postage and Handling ($1.00), Attest/Copies ($5.00) Total Charges $42.00

Deputy Sheriff George Slyva

Deputy Sheriff

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on
Date *Signature of Server*

Plaintiff's Complaint and Jury Trial Demand
*Address of Server*