UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Paul Spagnola, )
    Plaintiff )
     )
v. ) Civil Action
     ) No.: 05 11237 NG
Bay State, LLC d/b/a )
Bay State Cruises, Inc., )
    Defendant )

## PLAINTIFF'S MOTION TO VACATE DISMISSAL

Now comes the plaintiff, Paul Spagnola, by and through his attorneys, and states that they are in receipt of an E-mail from the Court indicating that the above-entitled action has been closed. See a copy of the E-mail attached hereto as Exhibit "A". The plaintiff, by and through his attorney, herein files Plaintiff's Motion to Vacate Dismissal. In support thereof, the plaintiff states as follows:

1. Plaintiff's Complaint and Jury Trial Demand was filed with this Court on June 13, 2005. See copy of the transmittal letter to the Court, stamped by the Court, attached hereto as Exhibit "B". Accordingly, Plaintiff's Complaint and Jury Trial Demand was to be served by October 13, 2005.

2. Plaintiff's Complaint and Jury Trial Demand was served on the defendant, Bay State LLC, on October 6, 2005 at 8:10 a.m. See copy of Return of Service and the invoice from Suffolk County Sheriff's Department attached hereto as Exhibit "C". As such, service on the defendant was timely.

3. The Return of Service was forwarded to this Court on October 24, 2005. See copy of transmittal letter to Court attached hereto as Exhibit "D".

4. Attorney Terence G. Kenneally, of Clinton & Muzyka, P.C. counsel for defendant, Bay State, LLC, telephone plaintiff's counsel, Joseph M. Orlando, this day, and indicated that they will be defending the defendant in this action.

WHEREFORE, plaintiff requests that this Honorable Court vacate the dismissal in this action, and restore the matter to the Court's docket.

                                      Plaintiff,
                                      By his attorneys,

                                      JOSEPH M. ORLANDO, ESQ.
                                      BBO# 380215
                                      BRIAN S. MCCORMICK, ESQ.
                                      BBO# 550533
                                      Orlando & Associates
                                      One Western Avenue
                                      Gloucester, MA 01930
                                      (978) 283-8100

Date: October 26, 2005

Cases/Spagnola/Paul/Motions/PltfsMoVacateDismissal

Subject: Activity in Case 1:05-cv-11237-NG Spagnola v. Bay State LLC "Terminated Case"
From: ECFnotice@mad.uscourts.gov
Date: Fri, 21 Oct 2005 09:04:18 -0400 (EDT)
To: CourtCopy@mad.uscourts.gov

***NOTE TO PUBLIC ACCESS USERS*** You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.

United States District Court

District of Massachusetts

Notice of Electronic Filing

The following transaction was received from Molloy, Maryellen entered on 10/21/2005 at 9:04 AM EDT and filed on 10/21/2005
**Case Name:**      Spagnola v. Bay State LLC
**Case Number:**    1:05-cv-11237
**Filer:**
**WARNING: CASE CLOSED on 10/21/2005**
**Document Number:**

**Docket Text:**
Civil Case Terminated, see order for details. (Molloy, Maryellen)

The following document(s) are associated with this transaction:

**1:05-cv-11237 Notice will be electronically mailed to:**

Joseph M. Orlando    orlandoassociates.firm@verizon.net

**1:05-cv-11237 Notice will not be electronically mailed to:**

OCT 2 5 2005

ORLANDO & ASSOCIATES

*Exhibit "A"*

1 of 1                                                                                                    10/22/2005 11:02 AM



**ORLANDO & ASSOCIATES**

"TIP THE SCALES IN YOUR FAVOR"

Counsellors at Law &
Proctors in Admiralty

One Western Avenue
Gloucester, MA 01930
ph: (978) 283-8100
fx: (978) 283-8507

www.OrlandoAssociates.com

Satellite Office:
28 Union Street
New Bedford, MA 02740
ph: (508) 996-8100

FILED
CLERKS OFFICE

2005 JUN 13 P 1: 26

U.S. DISTRICT COURT
DISTRICT OF MASS

05 11237 NG

June 9, 2005

Clerk's Office
United States District Court
1 Courthouse Way
Boston, MA 02210

RE: Paul Spagnola v. Bay State, LLC d/b/a Bay State
    Cruises, Inc. – New Civil Action

Dear Sir/Madam:

In connection with the above referenced matter, please find enclosed the following documents for the filing of a civil action:

1. Plaintiff's Complaint and Jury Trial Demand,
2. Civil Action Cover Sheet
3. Category Sheet,
4. Seaman's Affidavit, and
5. Summons to be stamped and returned to this office.

Thank you for your attention to this matter.

Very truly yours,

JOSEPH M. ORLANDO, ESQ.

JMO/CM/rk

Enclosures

Cases/Spagnola/Paul/Letters2.004

JUN 15 2005

ORLANDO & ASSOCIATES

*Exhibit "B"*

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me[1] | DATE |
|---|---|
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where served: ______

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: ______

☐ Returned unexecuted: ______

☐ Other (specify): ______

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ______ Date ______ *Signature of Server*

______ *Address of Server*

Plaintiff's Complaint and Jury Trial Demand

Deputy Sheriff

Deputy Sheriff George Sliva

Postage and Handling ($1.00), Attest/Copies ($5.00) Total Charges $42.00

District Court Fee ($5.00), Basic Service Fee (IH) ($30.00), Travel ($1.00),

Suffolk, ss.

Suffolk County Sheriff's Department • 45 Bromfield Street • Boston, MA 02108 • (617) 989-6999

(1) As

Exhibit "C"

PLEASE INDICATE INVOICE NUMBER OF YOUR REMITTANCE

# Suffolk County Sheriff's Department
## Civil Process Division
45 BROMFIELD STREET, 5TH FLOOR, BOSTON, MA 02108 — (617) 989-6999

**ANDREA J. CABRAL**
SHERIFF

**LAWRENCE W. McGRATH, ESQ.**
CHIEF DEPUTY

Joseph Orlando
Orlando & Associates
One Western Avenue
Gloucester, MA 01930

Amount Due: $ 42.00
Invoice #: 05023781
Invoice Date: 10/07/2005

Phone: (978) 283-8100

PLEASE RETURN THIS TOP PORTION WITH YOUR PAYMENT

## Payment Due Upon Receipt

Writ: Summons and Complaint

Please send a copy of this invoice with your remittance

Spagnola, Paul
vs.
Bay State, LLC

Invoice #: 05023781
Invoice Date: 10/07/2005

Serve: Bay State, LLC
200 Seaport Boulevard
Suite 75
Boston, MA 02210

Served by Deputy Sheriff: George Slyva 31
Service Date: 10/06/2005  Time: 8:10AM
Method of Service: In Hand

| Charge | Amount |
|---|---|
| Basic Service Fee (IH) | 30.00 |
| Travel | 1.00 |
| Postage and Handling | 1.00 |
| Attest/Copies | 5.00 |
| U.S. District Court Fee | 5.00 |
| **Total Charges** | 42.00 |

| Payment Date | Check Number | Payment Type | Amount |
|---|---|---|---|

**Payment Total**

Amount Due: $ 42.00

OCT 1 1 2005

*Exhibit "C"*  ORLANDO & ASSOCIATES



---

SUFFOLK COUNTY SHERIFF'S DEPARTMENT • CIVIL PROCESS DIVISION • (617) 989-6999
Boston • Allston • Brighton • Charlestown • Chelsea • Dorchester • East Boston • Hyde Park
Jamaica Plain • Mattapan • Roslindale • Revere • Roslindale • Roxbury • South Boston • West Roxbury



**ORLANDO & ASSOCIATES**

"TIP THE SCALES IN YOUR FAVOR"

Counsellors at Law &
Proctors in Admiralty

One Western Avenue
Gloucester, MA 01930
ph: (978) 283-8100
fx: (978) 283-8507

www.OrlandoAssociates.com

Satellite Office:
28 Union Street
New Bedford, MA 02740
ph: (508) 996-8100

October 24, 2005

Clerk's Office
United States District Court
1 Courthouse Way
Boston, MA 02210

RE: Paul Spagnola vs Bay State, LLC dba Bay State
    Cruises, Inc. - C.A. #05 11237 NG

Dear Sir/Madam:

In connection with the above-entitled action, please find enclosed the Return of Service, indicating service was made on the defendant on October 6, 2005.

Kindly file and record same.

Very truly yours,


JOSEPH M. ORLANDO, ESQ.

JMO/rk

Enclosure

Cases/Spagnola/Paul/Letters.007

Exhibit "D"