UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.
05-11237-NG

**PAUL SPAGNOLA**
　　Plaintiff,

VS.

**BAY STATE, LLC d/b/a
BAY STATE CRUISES, INC.,**
　　Defendant.

## NOTICE OF APPEARANCE

TO THE CLERK OF THE ABOVE NAMED COURT:

　　Please enter our appearance as attorneys for defendant, Bay State, LLC, in the above-entitled action.

By its attorneys,

**CLINTON & MUZYKA, P.C.**

"/s/Thomas J. Muzyka"
**Thomas J. Muzyka**
**BBO NO. 365540**
**Terence G. Kenneally**
**BBO NO: 642124**
One Washington Mall
Suite 1400
Boston, MA 02108
(617) 723-9165

Dated:　January 10, 2006