UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.
05-11237-NG

PAUL SPAGNOLA
    Plaintiff,

VS.

BAY STATE, LLC d/b/a
BAY STATE CRUISES, INC.,
    Defendant.

## NOTICE OF APPEARANCE

TO THE CLERK OF THE ABOVE NAMED COURT:

    Please enter our appearance as attorneys for defendant, Bay State, LLC, in the above-entitled action.

By its attorneys,

**CLINTON & MUZYKA, P.C.**

"/s/Terence G. Kenneally"
**Thomas J. Muzyka**
**BBO NO. 365540**
**Terence G. Kenneally**
**BBO NO: 642124**
One Washington Mall
Suite 1400
Boston, MA 02108
(617) 723-9165

Dated:  January 10, 2006