UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

                                        CIVIL ACTION NO.
                                        05-11237-NG

PAUL SPAGNOLA
     Plaintiff,

vs.

BAY STATE, LLC d/b/a
BAY STATE CRUISES, INC.,
     Defendant.

DEFENDANT, BAY STATE, LLC'S
ANSWER TO PLAINTIFF'S COMPLAINT

    Now comes the defendant, Bay State, LLC, in the above

entitled action, by and through its undersigned counsel,

Clinton & Muzyka, P.C., and files its Answer to Plaintiff's

Complaint as follows:

The Parties

    First:   The defendant is without personal knowledge

or information sufficient to form a belief as to the

truth of the allegations in this paragraph and

therefore denies same.

    Second:   The defendant admits the allegations

contained in the Second paragraph.

## <u>Count I</u>

<u>Third</u>:    The defendant admits the allegations contained in the Third paragraph.

<u>Fourth</u>:    The defendant denies the allegations contained in the Fourth paragraph.

<u>Fifth</u>:    The defendant denies the allegations contained in the Fifth paragraph.

<u>Sixth</u>:    The defendant denies the allegations contained in the Sixth paragraph including subparagraphs (a) through (e) inclusive.

<u>Seventh</u>:    The defendant denies the allegations contained in the Seventh paragraph.

<u>Eighth</u>:    The Eighth paragraph contains allegations of law to which an answer is not required, but to the extent that an answer is required, the defendant denies all the allegations contained therein.

**WHEREFORE** the defendant prays that this Honorable Court dismiss with prejudice Count I of Plaintiff's Complaint together with costs and reasonable attorneys fees.

## <u>COUNT II</u>

<u>First</u>:    The defendant reiterates and reaffirms its answers to the allegations set forth in Paragraphs "First", "Second", "Third", "Fourth", "Fifth", "Sixth",

"Seventh" and "Eighth" of Count I and incorporates same as if fully set forth herein.

Second:    The defendant denies the allegations contained in the Second paragraph.

Third:    The defendant denies the allegations contained in the Third paragraph.

Fourth:    The Fourth paragraph contains allegations of law to which an answer is not required, but to the extent that an answer is required, the defendant denies all the allegations contained therein.

**WHEREFORE** the defendant prays that this Honorable Court dismiss with prejudice Count II of Plaintiff's Complaint together with costs and reasonable attorneys fees.

## COUNT III

First:    The defendant reiterates and reaffirms its answers to the allegations set forth in Paragraphs "First", "Second", "Third", and "Fourth" of Count II and incorporates same as if fully set forth herein.

Second:    The defendant denies the allegations contained in the Second paragraph.

**WHEREFORE** the defendant prays that this Honorable Court dismiss with prejudice Count III of Plaintiff's Complaint together with costs and reasonable attorneys fees.

## AFFIRMATIVE DEFENSES

Now comes the defendant and incorporates the following Affirmative Defenses into each Count of its Answer as more fully appears below.

**AND FURTHER ANSWERING, AND AS A COMPLETE AN SEPARATE DEFENSE**, the defendant states that the plaintiff has failed to state a cause of action upon which relief can be granted under Counts I, II and III of Plaintiff's Complaint because the plaintiff was not an employee of the defendant at the time of his alleged injury.

**AND FURTHER ANSWERING, AND AS A COMPLETE AND SEPARATE DEFENSE**, the defendant states that if the plaintiff sustained personal injuries as alleged, which is specifically denied, it was due to the action and/or omissions of individuals for whom the defendant is not legally responsible.

**AND FURTHER ANSWERING, AND AS A COMPLETE AND SEPARATE DEFENSE**, the defendant states that if the plaintiff sustained injury as alleged, which is specifically denied, those injuries were the result of an Act of God for which the defendant is not legally responsible.

**AND FURTHER ANSWERING, AND AS A COMPLETE AND SEPARATE DEFENSE**, the defendant states that if the plaintiff was injured as alleged, which is specifically denied, it was due

in whole or in part to the plaintiff's own negligence and failure to exercise the degree of care, skill, and knowledge in the performance of his work reasonably to be required of a seaman of the plaintiff's experience and not due to any negligence or fault on the part of the defendant nor any person or persons for whom the defendant may be legally responsible.

**AND FURTHER ANSWERING, AND AS A COMPLETE AND SEPARATE DEFENSE**, the defendant states that if the plaintiff was injured as alleged, which is specifically denied, such injury was without the fault, knowledge, or privity of the defendant; that the damages claimed herein exceed the value of the vessel, including her pending freight; and the defendant herewith claims benefit of any and all laws and statutes of the United States of America, including but not limited to, Limitation of Liability of the defendant, 46 USCA, Appx. § 183 (b).

**WHEREFORE**, the defendant prays that the above Complaint be dismissed with prejudice together with costs and reasonable attorney's fees.

The defendant claims **TRIAL BY JURY** on all issues raised in Plaintiff's Amended Complaint, Defendant's Answer, and Affirmative Defenses contained herein with the exception of

6

Limitation of Liability which is unique for the Court's

determination.

By its attorneys,
**CLINTON & MUZYKA, P.C.**


"/s/ Thomas J. Muzyka"
**Thomas J. Muzyka**
**BBO NO: 365540**
**Terence G. Kenneally**
**BBO NO: 642124**
One Washington Mall
Suite 1400
Boston, MA 02108
(617) 723-9165