UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.
05-11237-NG

PAUL SPAGNOLA
    Plaintiff,

VS.

BAY STATE, LLC d/b/a
BAY STATE CRUISES, INC.,
    Defendant.

JOINT SCHEDULING STATEMENT

Now come the parties, in the above captioned action, by and through their undersigned counsel, after conferencing pursuant to Local Rule 16.1(B) of the United States District Court, District of Massachusetts, hereby file this proposed Joint Scheduling Statement.

I.    DISCOVERY

The parties propose the following discovery plan:

A. All factual discovery to be completed by October 18, 2006;

B. Plaintiff's designation of experts and disclosure of expert information and reports pursuant to the Federal Rules of Civil Procedure served on or before November 20, 2006.

C. Defendant's designation of experts and disclosure of expert information and reports pursuant to the Federal Rules of Civil Procedure served on or before December 20, 2006.

D. All expert depositions to be completed by February 23, 2007.

E. Final Pretrial Conference to be scheduled after February 23, 2007.

## II.  <u>MOTION SCHEDULE</u>

In addition to the above, the parties propose the following motion schedule.

A.  Motions to amend the pleadings, to add parties or to set forth additional claims to be filed on or before May 1, 2006.

B.  Dispositive Motions to be filed by February 23, 2007 with Oppositions filed within fourteen (14) days as set forth in the Local Rules of this Court.

## III.  <u>CERTIFICATION</u>

The parties report that they have conferred with their clients pursuant to Local Rule 16.1(D)(3) and will independently file their Certificates of Compliance.

## IV.  <u>TRIAL BY MAGISTRATE JUDGE</u>

Defendant's counsel will recommend that the defendant should consent to trial by a Magistrate, but must first confer with the defendant concerning this issue.

## V.  <u>SETTLEMENT</u>

The plaintiff has not tendered a written settlement demand to the defendant.

3

**WHEREFORE**, the parties pray that this Honorable Court approve the above proposed schedule.


Respectfully Submitted,

**PLAINTIFF**                          **DEFENDANT**
**ORLANDO & ASSOCIATES**               **CLINTON & MUZYKA, P.C.**


**"/s/ Brian S. McCormick"**           **"/s/Terence G. Kenneally"**
**Brian S. McCormick**                 **Thomas J. Muzyka**
**BBO No. 550533**                     **BBO NO. 365540**
One Western Avenue                     **Terence G. Kenneally**
Gloucester, MA 01930                   **BBO NO. 642124**
978-283-8100                           One Washington Mall
                                       Suite 1400
                                       Boston, MA 02108
                                       617-723-9165



Dated: January 18, 2006