UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| Paul Spagnola, | ) | |
|     Plaintiff | ) | |
| | ) | |
| v. | ) | Civil Action |
| | ) | No.: 05 11237 NG |
| Bay State, LLC d/b/a | ) | |
| Bay State Cruises, Inc., | ) | |
|     Defendant | ) | |

CERTIFICATION PURSUANT TO LOCAL RULE 16.1(D)(3)

Now comes counsel for the Plaintiff, Brian S. McCormick, in the above-entitled matter and certifies, in accordance with Local Rule 16.1(D)(3), that I have conferred with my client, Paul Spagnola,  regarding establishing a budget for the cost of conducting the full course-and various alternative courses-of the litigation; and considering that resolution of the litigation through the use of alternative dispute resolution programs, such as those outlined in L.R. 16.4.

    Respectfully submitted,
    Plaintiff,
    By his attorney,

    /s/ Brian S. McCormick
    BRIAN S. MCCORMICK, ESQ.
    BBO# 550533
    Orlando & Associates
    One Western Avenue
    Gloucester, MA 01930
    (978) 283-8100

Date:   January 23, 2006

Cases/Spagnola/Paul/Discovery/Cert to 16.1