UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.
05-11237-NG

**PAUL SPAGNOLA**
    **Plaintiff,**
**VS.**

**BAY STATE, LLC d/b/a**
**BAY STATE CRUISES, INC.,**
    **Defendant.**

### CERTIFICATION PURSUANT TO LOCAL RULE 16.1

The undersigned hereby certify that they have conferred with regards to establishing a budget for costs of conducting this litigation and the possible use of Alternative Dispute Resolution programs and procedures.

| **BAY STATE, LLC** | **CLINTON & MUZYKA, P.C.** |
|---|---|
| "/s/ Don Roberts" | "/s/ Thomas J. Muzyka" |
| Don Roberts | **Thomas J. Muzyka** |
| Marine Claims | **BBO NO. 365540** |
| Royal Indemnity Company | One Washington Mall |
| c/o Virtual Claims Services, Inc. | Suite 1400 |
| 241 Water Street | Boston, MA 02108 |
| New York, NY 10038 | (617)723-9165 |
| (718) 715 4105 | |

Dated: February 3, 2006