UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION
NO. 05-11237-MBB

PAUL SPAGNOLA,
        Plaintiff,

VS.

BAY STATE, LLC d/b/a
BAY STATE CRUISE CO., INC.,
        Defendant.

### DEFENDANT'S MOTION TO OBTAIN THE
### PLAINTIFF'S CRIMINAL RECORD INFORMATION

Now comes the defendant, Bay State, LLC, in the above

entitled action, by and through its undersigned counsel,

Clinton and Muzyka, P.C., and respectfully moves this

Honorable Court to issue an Order attached hereto as **Exhibit**

**"B"** permitting it to obtain the plaintiff's criminal record

information from the Commonwealth of Massachusetts' Criminal

History Systems Board and the State of New Hampshire's

Division of State Police - Central Repository for Criminal

Records.

As reasons in support, the defendant submits that the

plaintiff commenced this cause of action to recover for

personal injuries he allegedly sustained on or about May 4,

2003 onboard defendant's vessel.  The defendant is

requesting this information for the purpose of impeachment

during the trial of this matter.  *See, Affidavit of Terence*

*G. Kenneally, Esquire attached hereto as* **Exhibit "A."**  This

request is being made in accordance with the provisions of

Chapter 6, Section 172(c) of the Massachusetts General Laws

and the Revised Statutes Annotated of the State of New

Hampshire, 106-B:14.

**WHEREFORE**, the defendant, Bay State, LLC, prays that

this Honorable Court allow the defendant to obtain the

plaintiff's criminal record information from the

Commonwealth of Massachusetts' Criminal History Systems

Board and the State of New Hampshire's Division of State

Police - Central Repository for Criminal Records and endorse

the Order attached hereto as **Exhibit "B."**

<div style="margin-left: 50%;">

By its attorneys,

**CLINTON & MUZYKA, P.C.**


"/s/ Terence G. Kenneally"
**Thomas J. Muzyka**
**BBO NO: 365540**
**Terence G. Kenneally**
**BBO NO: 642124**
One Washington Mall
Suite 1400
Boston, MA  02108
(617) 723-9165

</div>

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION
NO. 05-11237-MBB

PAUL SPAGNOLA,
    Plaintiff,

VS.

BAY STATE, LLC d/b/a
BAY STATE CRUISE CO., INC.,
    Defendant.

<u>AFFIDAVIT OF TERENCE G. KENNEALLY, ESQUIRE</u>

This affidavit is made on the basis of personal knowledge of the affiant.

1.    My name is Terence G. Kenneally. I have been a practicing attorney in the Commonwealth of Massachusetts since 1999 and am presently in good standing.

2.    I am counsel of record for the defendant, Bay State, LLC, in the case known as <u>Paul Spagnola v. Bay State, LLC d/b/a Bay State Cruise Co., Inc.</u>, Civil Action No: 05-11237-MBB.

3.    I intend to use any information obtained from the Commonwealth of Massachusetts' Criminal History Systems Board and the State of New Hampshire's Division of State Police - Central Repository for Criminal Records

- 3 -

for the purpose of witness impeachment during trial.

4.  Any information revealed by the Commonwealth of

Massachusetts' Criminal History Systems Board and the

State of New Hampshire's Division of State Police -

Central Repository for Criminal Records shall not be

disclosed to any unauthorized persons and/or in

violation of any statutory provision prohibiting such

disclosure, including Massachusetts General Laws, Chap.

6 Section 167, 803 C.M.R. 1.00 et seq, or the Revised

Statutes Annotated of the State of New Hampshire, 106-

B:14 .

**SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS**

**10th DAY OF JULY 2006.**

"/s" Terence G. Kenneally_
Terence G. Kenneally

- 4 -

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

CIVIL ACTION
NO. 05-11237-MBB

PAUL SPAGNOLA,
      Plaintiff,

VS.

BAY STATE, LLC d/b/a
BAY STATE CRUISE CO., INC.,
      Defendant.


### ORDER

I hereby order the Commonwealth of Massachusetts'
Criminal History Systems Board and the State of New
Hampshire's Division of State Police - Central Repository
for Criminal Records to provide Criminal Offender Record
Information (CORI) and/or Criminal History Record
Information (CHRI) to the defendant's counsel on Paul
Spagnola, 5 Primrose Lane, Somersworth, NH 03878.  Date of
Birth: ███████████    Social Security No: ██████████.

By order of the Honorable
Magistrate Judge,

_____
Marianne B. Bowler


Dated: _____