UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION
NO. 05-11237-MBB

PAUL SPAGNOLA,
    Plaintiff,

VS.

BAY STATE, LLC d/b/a
BAY STATE CRUISE CO., INC.,
    Defendant.

## ORDER

I hereby order the Commonwealth of Massachusetts' Criminal History Systems Board and the State of New Hampshire's Division of State Police - Central Repository for Criminal Records to provide Criminal Offender Record Information (CORI) and/or Criminal History Record Information (CHRI) to the defendant's counsel on Paul Spagnola, 5 Primrose Lane, Somersworth, NH 03878. Date of Birth: December 14, 1962, Social Security No: 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.

By order of the Honorable
Magistrate Judge,

*Marianne B. Bowler USMJ*
Marianne B. Bowler

Dated: Aug. 9, 2006

- 5 -