UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.
05-11237-NG

PAUL SPAGNOLA
    Plaintiff,

VS.

BAY STATE, LLC d/b/a
BAY STATE CRUISES, INC.,
    Defendant.

### STIPULATION OF DISMISSAL

Now come the parties, in the above-entitled action, by their attorneys, and hereby stipulate pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, that the above-cited action be dismissed with prejudice and without interest, costs or attorneys fees.

Dated this _5th_ day of March, 2007.

| PLAINTIFF | DEFENDANT |
|---|---|
| ORLANDO & ASSOCIATES | CLINTON & MUZYKA, P.C. |
| *signature* | *signature* |
| Brian S. McCormick | Thomas J. Muzyka |
| BBO No. 550533 | BBO NO. 365540 |
| One Western Avenue | Terence G. Kenneally |
| Gloucester, MA 01930 | BBO NO. 642124 |
| 978-283-8100 | One Washington Mall |
|  | Suite 1400 |
|  | Boston, MA 02108 |
|  | 617-723-9165 |

Filed: April 2, 2007